DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BREON T. DAVIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3803

[February 13, 2020]

Appeal of order denying rule 3.853 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dennis D. Bailey and John Joseph Murphy, III, Judges; L.T. Case No. 11-8711CF10A.

Breon T. Davis, Bushnell, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***